# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN DEFOREST, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PARADISE CRUISE LINE OPERATOR LTD. INC. d/b/a BAHAMA PARADISE CRUISE LINE d/b/a ROYAL EMPRESS CRUISES; CLASSICA CRUISE OPERATOR LTD. INC. d/b/a BAHAMA PARADISE CRUISE LINE d/b/a ROYAL EMPRESS CRUISES; BAHAMA PARADISE CRUISE LINE d/b/a ROYAL EMPRESS CRUISES and DOES 1 through 10, inclusive, and each of them,<br><br>Defendants. | Case No. 8:18-cv-01431-JLS-JDE<br><br>**[PROPOSED] ORDER** |

   IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(2).  Each party shall bear their own costs and attorneys' fees.

                    Dated this ____day of January, 2019.


                           _____
                           The Honorable Josephine L. Staton