# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN DEFOREST, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PARADISE CRUISE LINE OPERATOR LTD. INC. d/b/a BAHAMA PARADISE CRUISE LINE d/b/a ROYAL EMPRESS CRUISES; CLASSICA CRUISE OPERATOR LTD. INC. d/b/a BAHAMA PARADISE CRUISE LINE d/b/a ROYAL EMPRESS CRUISES; BAHAMA PARADISE CRUISE LINE d/b/a ROYAL EMPRESS CRUISES and DOES 1 through 10, inclusive, and each of them,<br><br>Defendants. | Case No. 8:18-cv-01431-JLS-JDE<br><br>**ORDER** |

Plaintiff has properly submitted an analysis of the *Diaz* factors and included a copy of the settlement agreement. (*See* Docs. 16-2 & 17.) The Court concludes that the *Diaz* factors weigh in favor of dismissal. Accordingly, the Court GRANTS the voluntary dismissal WITH PREJUDICE as to Plaintiff's individual claims and WITHOUT PREJUDICE as to the putative class's claims. Each party shall bear their own costs and attorneys' fees.

Dated: January 14, 2019.

_____
The Honorable Josephine L. Staton